(1)

3-27-2017.

United States distRict Court for the Southern district of Florida Miami division.

FILED by PG D.C.
MAR 3 0 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Figueroa, negeon Eduardo
plaintiff.

cat / div 550/1983/MIA
Case #
Judge ______ Mag WHITE
Motn Ifp NO Fee pd $ 0
Receipt #

Vs.

MinG GaRden chinese Food 260 N. Tampa street. Tampa, Florida 33602.
Law Suit damage violate Amendment I (1791). Amendment VIII.
defendant

Purposes of 28 usc § 1915. (a) civil Righ complaint to 28 usc § 1915(2).

(2)

I buy Food in Several occasions And those who cook donot move the hair And when I ask they Put heir Fingers in Nose they are Pigs in found hair in the Food the cosines you have to covered head when they are cashing donot cover your hair they spend talking cooking IM Asking to the court todo an investigation Health department Make an inpersion I have photo they are cooking with loose hair I called the department helth this is thetelephone: 850 487 1395. that's the number of the case 700345356386900. wish that the court Send an inspector

(3)

Exhaustion Legal Remedies.

Plaintiff Figueroa, negron Eduardo to tray to solve problem.

Playe For Relief. 10,000000. millon.
violate the constitution to united stated Amendment I(1791. Amendment viii.
department Health to have hair From uncovered Hair in my Food And I have photo they are cooking with loose hair.

(6)

I have Read the Fore going Complaint And hereby verify that the matters alleged there in are true and correct I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 USC § 1746.

US court of Appeals is for the eleventh circuit.

Certificate Service

deposited in the mail.

Figeroa. US. Ming Garden chinese food.
plaintiff. defendant.

Purposes of 28 USC § 1915 (a) civil righ complaint to 28 USC § 1915 (a).

And properly addresed to person named and adresed a relisted bellow. united stated District court Southern District of Florida office of the clerk - Room 8N09, 400, North, Miami Avenue Miami, Florida 33128 7716.

Figeroa.
plaintiff.

Figueroa Negrón Eduardo.
PO, Box 173494,
TAMPA, Florida, 33672.

USMS
INSPECTED

RECEIVED

FOREVER
PURPLE HEART 2014
FOREVER USA
MAR
12:4
USA

United StAted District court, Southern District of Florida office of the clerk- Room 8N09, 400 North Miami Avenue
Miami, Florida 33128-7716.

33128877l6 C075